**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| STEVEN WAYNE FELDMANN, | Case No. 2:18-cv-00596-APG-PAL |
| Plaintiff, | **TRANSFER ORDER** |
| v. | |
| SAN BERNADINO CO. SHERIFF, *et al.*, | |
| Defendants. | |

Plaintiff, a *pro se* prisoner who is incarcerated at the Metropolitan Detention Center ("MDC") in Los Angeles, California, has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1-1). Plaintiff has neither paid the filing fee nor submitted an application to proceed *in forma pauperis* in this case. (ECF No. 1). Plaintiff sues various defendants for events that took place while Plaintiff was incarcerated in San Bernardino and Los Angeles, California. (ECF No. 1-1 at 1). The majority of the defendants reside in California while the others reside in Texas. (*Id.* at 2-3).

Pursuant to 28 U.S.C. § 1391(b), a plaintiff may bring an action in:

(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

28 U.S.C. § 1391(b)(1)-(3). Pursuant to 28 U.S.C. § 1406, if a case has been filed in the wrong district or division, the district court in which the case has been incorrectly filed may

"transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a).

The Court finds that the District of Nevada is not the appropriate venue for this action because the events occurred in San Bernardino and Los Angeles and the majority of the defendants reside in California. San Bernardino and Los Angeles are in the Central District of California.[1] The Court directs the Clerk of the Court to transfer this action to the United States District Court for the Central District of California. This Court offers no opinion on the merits of this action or the matter of the filing fee.

For the foregoing reasons, it is ordered that the Clerk of the Court will transfer this case to the United States District Court for the Central District of California.

It is further ordered that the Clerk of the Court close the case in this Court.

Dated: April 10, 2018.

_____
UNITED STATES DISTRICT JUDGE

---

[1]  San Bernardino, California is located in the Central District of California—Eastern Division.  Los Angeles, California is located in the Central District of California—Western Division.  This Court will let the Central District of California determine which division this case belongs in.

2